**File Hashes for IP Address 71.229.236.179**

**ISP:** Comcast Cable
**Physical Location:** Colorado Springs, CO

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 09/12/2013 07:20:30 | 968B00EE5404AB01882DDF418B51A2F5D0642BC5 | A Perfect Match |
| 08/30/2013 21:25:16 | 3EC7BA689B073ABCDAFD0FBB6D44CD62829E6882 | Red Satin |
| 08/30/2013 02:31:15 | A1233CB98C58D74AA3ACF0BB6780CE8FFBC59179 | Spontaneous |
| 08/29/2013 06:06:13 | 3F6CC72CCB70061EE491EE65FA4DD61704F39872 | New Romance |
| 08/26/2013 06:54:18 | 0189E844D419C3B23935150E8D25BA625C659DEA | Alone Is A Dream Left Behind |
| 08/11/2013 15:46:31 | 6FA25D3360DDB1B34A4944697362FA508BACBF3A | This Really Happened |
| 07/26/2013 20:39:59 | 87337D56442C673C0B54BB1C8B517EFB1D96772B | Hot Chocolate |
| 07/21/2013 04:43:13 | 47620ECDA89AB66CC6E4DE53276ACC75CEA07042 | Pool Party For Three |
| 07/11/2013 03:58:59 | 603E131AA32DC4B9B629DC66E9EE61F77E5C0AF3 | Newlyweds |
| 07/04/2013 18:19:43 | 27C4487CAF4FA6FA7E172937054A9C677F16A458 | Oh Mia |
| 06/26/2013 00:14:57 | 019650D10FDD6E5088423F036E97C2A0E627DACA | Rolling in the Sheets |
| 06/25/2013 23:32:08 | 712DB69FC93E37B82EE5A235498299B36C915756 | Play Me |
| 05/07/2013 20:55:54 | EF52C15B1476376800FDFE6E928A15EF8F81B375 | Fashion Models |
| 05/03/2013 04:29:16 | 9E9C8BE4A0A9EAB6F72B1C7AC986C2C93C489AD9 | Rose Petals |
| 04/20/2013 21:28:22 | 122ED9E8C9137AD3D2189BFD6CA58748003FA0E3 | Bottoms Up |
| 04/09/2013 16:38:11 | 7CDB4F9E2870FA5987DB601BF311EB1E13B826AE | I Love X Art |
| 04/08/2013 19:34:25 | 67046B92B4BDE33E69F0F38D33C7136D167384C8 | Featherlight |
| 02/02/2013 03:28:11 | C7E4D1847C35F0FB4B4705A9517A11E55248615D | Yoga Master and Student |
| 01/03/2013 10:06:20 | 4E4E4A0B029B3AED984E9E6C373589E46E6792DF | Morning Desires |

**Total Statutory Claims Against Defendant: 19**

EXHIBIT A