**Copyrights-In-Suit for IP Address 71.229.236.179**

**ISP:** Comcast Cable
**Location:** Colorado Springs, CO

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Perfect Match | PENDING | 09/10/2013 | 09/12/2013 | 09/12/2013 |
| Alone Is A Dream Left Behind | PENDING | 08/24/2013 | 09/10/2013 | 08/26/2013 |
| Bottoms Up | PA0001838596 | 04/13/2013 | 04/28/2013 | 04/20/2013 |
| Fashion Models | PA0001838599 | 04/19/2013 | 04/28/2013 | 05/07/2013 |
| Featherlight | PA0001834618 | 04/02/2013 | 04/12/2013 | 04/08/2013 |
| Hot Chocolate | PA0001859657 | 07/11/2013 | 08/02/2013 | 07/26/2013 |
| I Love X Art | PA0001833296 | 03/29/2013 | 04/01/2013 | 04/09/2013 |
| Morning Desires | PA0001819292 | 12/31/2012 | 01/08/2013 | 01/03/2013 |
| New Romance | PENDING | 08/05/2013 | 09/03/2013 | 08/29/2013 |
| Newlyweds | PA0001859662 | 07/04/2013 | 07/26/2013 | 07/11/2013 |
| Oh Mia | PA0001852674 | 06/28/2013 | 07/05/2013 | 07/04/2013 |
| Play Me | PA0001847659 | 06/14/2013 | 06/30/2013 | 06/25/2013 |
| Pool Party For Three | PA0001859656 | 07/13/2013 | 08/01/2013 | 07/21/2013 |
| Red Satin | PA0001828892 | 03/06/2013 | 03/12/2013 | 08/30/2013 |
| Rolling in the Sheets | PA0001847653 | 06/01/2013 | 06/17/2013 | 06/26/2013 |
| Rose Petals | PA0001838598 | 04/17/2013 | 04/28/2013 | 05/03/2013 |
| Spontaneous | PENDING | 08/22/2013 | 09/10/2013 | 08/30/2013 |
| This Really Happened | PENDING | 08/03/2013 | 09/01/2013 | 08/11/2013 |
| Yoga Master and Student | PA0001822651 | 01/18/2013 | 01/27/2013 | 02/02/2013 |

**Total Malibu Media, LLC Copyrights Infringed: 19**

EXHIBIT B

CO246