IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.   13-cv-02707-WYD-MEH | Date:   February 25, 2014 |
| Courtroom Deputy:    Cathy Pearson | FTR – Courtroom A501 |

MALIBU MEDIA, LLC,                                                   Jason Kotzker

      Plaintiff,

v.

JOHN BUTLER,                                                          Richard Hanes (by phone)

      Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

---

**TELEPHONIC SCHEDULING CONFERENCE**

**Court in session:**      **10:01 a.m.**

Court calls case.   Appearances of counsel.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE
SCHEDULING CONFERENCE HELD THIS DATE:

**Rule 26(a)(1) Disclosures:**    **March 18, 2014**

**Final Pretrial Conference:**    **February 9, 2015, at 9:30 a.m.**
(In addition to filing a PDF copy with the Clerk of the Court,
counsel should **e-mail** the proposed Final Pretrial Order in **Word or
WordPerfect format** to Magistrate Judge Hegarty's chamber's
email account at Hegarty_Chambers@cod.uscourts.gov **one week
prior to the conference.**)

**Settlement Conference:**    **April 23, 2014, at 9:30 a.m. in the Court's facility in Colorado
Springs located at 212 N. Wahsatch Avenue.**
(Attorney(s) and Client(s)/Client Representative(s),   including an
adjustor if an insurance company is involved, with full settlement
authority **are to be present in person** for the Settlement
Conference.   **One week prior to the conference,** each party shall
prepare and submit **two** settlement documents: one to be submitted
to the other party or parties, and the other to be submitted by email
only to the Magistrate Judge.   The documents which are presented
to opposing counsel shall contain an overview of the case from the
presenter's point of view, shall summarize the evidence which
support that side's claims and may present a demand or offer.
These documents should be intended to persuade the clients and

counsel on the other side.   In addition, the parties should address the approximate value of the case.)

**Court in recess:        10:09 a.m.      (Hearing concluded)**
**Total time in Court: 0:08**

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.