# AFFIDAVIT OF SERVICE

State of Colorado          County of          Us District Court

Case Number: 1:13-CV-02707-WYD-MEH

Plaintiff:
**MALIBU MEDIA LLC**
vs.
Defendant:
**JOHN BUTLER**

For:
Kotzker Law Group
KOTZKER LAW GROUP
9609 S University Blvd #632134
Highlands Ranch, CO 80163

Received by Accurate Legal Support Services, LLC on the 3rd day of January, 2014 at 2:00 pm to be served on **JOHN BUTLER, 1170 Pond Side Dr, Colorado Springs, CO 80911**.

I, ERIC GOODMAN, being duly sworn, depose and say that on the **10th day of January, 2014 at 5:35 pm, I:**

**INDIVIDUAL/PERSONAL:** served by delivering a true copy of the **DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT; SUMMONS, COMPLAINT, ANSWER FORM AND ATTACHMENTS** to: JOHN BUTLER at the persons place of **Abode**, at the address of: **1170 Pond Side Dr, Colorado Springs, CO 80911** with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
DTR EYE COLOR IS BROWN

**Description** of Person Served: Age: 52, Sex: M, Race/Skin Color: BLACK, Height: 5'11", Weight: 180, Hair: BLACK, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Private Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 13th day of January, 2014 by the affiant who is personally known to me

_____
NOTARY PUBLIC

My Commission Expires:

ERIC GOODMAN
Process Server

Accurate Legal Support Services, LLC
2329 W Main St
Suite 203
Littleton, CO 80120
(303) 933-8772
Our Job Serial Number: GRI-2014000452

Service Fee: $55.00

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

EXHIBIT 1