## Richard W Hanes

**From:** Jason Kotzker [jason@klgip.com]
**Sent:** Monday, March 10, 2014 12:23 PM
**To:** Richard W Hanes
**Subject:** Re: Malibu Media v. 75.70.213.141; 13-cv-3183; CO287

Mr. Hanes:

Correct. Mr. Butler has not yet been named in an amended complaint nor served. It has been my desire to discuss this matter with Mr. Butler, through you, in an attempt to reach a resolution, prior to actually naming and serving your client. That said, the 4(m) deadline to serve Mr. Butler is approaching and given there has not been a settlement, my client has instructed me to move forward.

Please feel free to give me a call if you would like to discuss this matter further.

Best regards,

Jason A. Kotzker
Attorney
Kotzker Law Group
(p) 720.330.8329
(f) 303.731.4178
jason@klgip.com
www.klgip.com



This email is covered by the Electronics Communications Privacy Act, 10 U.S.C., Sections 2510-2521, and is legally privileged. This transmission is intended to be delivered only to the named addressee(s) and may contain information which is confidential, proprietary, attorney work-product or attorney-client privileged. If this transmission is received by anyone other than the intended recipient(s), the recipient(s) should immediately notify the sender by reply and then delete the transmission. In no event shall this transmission be read, used, copied, reproduced, stored or retained by anyone other than the intended recipient(s) except with the express written consent of the sender.

On Mon, Mar 10, 2014 at 12:05 PM, Richard W Hanes <RWH@hhbcolorado.com> wrote:

> Are you saying, Mr. Butler was not served?

3/10/2014

EXHIBIT 2



Richard W. Hanes

Hanes & Bartels LLC
102 South Tejon Street, Suite 800
Colorado Springs, Colorado 80903
Phone (719) 260-7900
Fax (719) 260-7904

Website: http://www.hhbcolorado.com

Blog:   http://coloradolawyer.wordpress.com/

*Information transmitted herewith may contain confidential attorney-client communications or may be otherwise privileged and confidential. If you are not the intended recipient you are hereby notified that you have received this transmittal in error and that any review, dissemination, distribution, or copying of any information contained in this transmittal, or the taking of any action in reliance on the contents of this transmittal, is strictly prohibited. If you have received this in error, please notify us by telephone immediately at (719) 260-7900 or by return e-mail and delete the original transmission and its attachments without reading or saving in any manner. We will reimburse you for the cost of your call. Thank you.*

---

**From:** Jason Kotzker [mailto:jason@klgip.com]
**Sent:** Friday, March 07, 2014 10:12 AM
**To:** Richard W Hanes
**Subject:** Re: Malibu Media v. 75.70.213.141; 13-cv-3183; CO287

Dear Mr. Hanes:

Since we have been unable to work towards a settlement in this matter, my client has instructed me to move forward with service. To this end, are you authorized to accept service on behalf of your client? I plan to send this out for service via process server early next week if I do not hear from you.

Best regards,

3/10/2014