## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-02707-WYD-MEH

MALIBU MEDIA, LLC,

      Plaintiff,

v.

JOHN BUTLER,

      Defendant.

_____/

### PLAINTIFF'S MOTION FOR LEAVE TO APPEAR TELEPHONICALLY
### AT THE SETTLEMENT CONFERENCE SCHEDULED FOR APRIL 23, 2014

Plaintiff, Malibu Media, LLC ("Plaintiff"), hereby moves for the entry of an order permitting Plaintiff to appear telephonically at the settlement conference scheduled for April 23, 2014 at 9:30 AM, and states:

1. A settlement conference has been scheduled for April 23, 2014 at 9:30 AM [CM/ECF 23]. Pursuant to the order scheduling the conference, a person with full settlement authority must be present. Plaintiff's co-owner, Colette Field, will appear at the conference on behalf of Plaintiff.

2. Ms. Field resides in Malibu, California.

3. Pursuant to Rule 1 of the Federal Rules of Procedure, the federal rules shall "be construed and administered to secure just, speedy and *inexpensive* determination of every action and proceeding" (emphasis added).

4. Plaintiff seeks to allow Ms. Field to appear at the hearing telephonically so as to effectuate the most inexpensive resolution of the instant matter.

5. Undersigned intends to appear at the settlement conference in person.

6.      Plaintiff has attempted to confer with Defendant's counsel regarding the relief requested herein by sending electronic messages on both April 16 and April 17. At the time of filing, no response from counsel has been received.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order allowing Plaintiff's representative, Colette Field, to appear telephonically at the settlement conference of April 23, 2014 at 9:30 AM.  A proposed order is attached hereto for the Court's convenience.

Dated:  April 18, 2014

Respectfully submitted,

By: /s/ Jason Kotzker
Jason Kotzker
jason@klgip.com
KOTZKER LAW GROUP
9609 S. University Blvd. #632134
Highlands Ranch, CO 80163
Phone: (720) 330-8329
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ Jason Kotzker