**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:13-cv-02707-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN BUTLER,

    Defendant.

_____/

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE**
**TO APPEAR TELEPHONICALLY AT THE SETTLEMENT**
**CONFERENCE SCHEDULED FOR APRIL 23, 2014**

**THIS CAUSE** came before the Court upon Plaintiff's Motion for Leave to Appear Telephonically at the Settlement Conference Scheduled For April 23, 2014 (the "Motion"), and the Court being duly advised in the premises does hereby:

**ORDER AND ADJUDGE:** Plaintiff's Motion is granted. Plaintiff may appear telephonically at the settlement conference scheduled for April 23, 2014 at 9:30 AM.

**DONE AND ORDERED** this ___ day of _____, 2014.


By: _____
    **UNITED STATES DISTRICT JUDGE**