IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02707-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN BUTLER,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 18, 2014.**

    Plaintiff's Motion for Leave to Appear Telephonically at the Settlement Conference Scheduled for April 23, 2014 [filed April 18, 2014; docket # 27] is **granted** as follows. Counsel for Plaintiff shall ensure that the client representative is available by telephone throughout the entirety of the settlement conference. As a cautionary note, however, if the lack of physical presence of such a person becomes a hindrance to the progress of settlement negotiations (if any), the conference may be recessed and re-convened at a time when the representative can be present, and costs of the recessed conference may be assessed against the Plaintiff.