IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02707-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN BUTLER,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 22, 2014.**

    At the request of the parties, the Settlement Conference scheduled for April 23, 2014 is **vacated**. If the parties wish to schedule a settlement conference in this case at a later date, they shall first teleconference together then call my Chambers at (303) 844-4507 to arrange the conference.