IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02707-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN BUTLER,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 12, 2014.**

    Plaintiff's Unopposed Motion for Extension of Time Within Which to Serve Expert Witness Reports [filed August 12, 2014; docket # 38] is **granted in part and denied in part**. Plaintiff fails to demonstrate good cause and to consider the effect of its 90-day extension request on the other deadlines in this case. However, the Court finds good cause to grant a 30-day extension of the expert designation deadline and, consequently, the other deadlines in this case. Paragraph 9 of the Scheduling Order shall be modified as follows:

| | |
|---|---|
| Initial expert designation: | September 10, 2014 |
| Rebuttal expert designation: | October 10, 2014 |
| Deadline to propound paper discovery: | October 17, 2014 |
| Deadline to complete discovery: | November 17, 2014 |
| Dispositive motion deadline: | December 19, 2014 |

All other deadlines and conference dates shall remain the same.