IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02707-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN BUTLER,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 11, 2014.**

    Plaintiff's Second Unopposed Motion for Extension of Time Within Which to Serve Expert Witness Reports [filed September 10, 2014; docket # 43] is **granted**. Paragraph 9 of the Scheduling Order shall be modified as follows:

| | |
|---|---|
| Initial expert designation: | November 10, 2014 |
| Rebuttal expert designation: | December 10, 2014 |
| Deadline to propound paper discovery: | December 17, 2014 |
| Deadline to complete discovery: | January 16, 2015 |
| Dispositive motion deadline: | February 19, 2014 |

All other deadlines and conference dates shall remain the same.