## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-02707-WYD-MEH

MALIBU MEDIA, LLC,

        Plaintiff,

v.

JOHN BUTLER,

        Defendant.

## PLAINTIFF'S NOTICE OF SETTLEMENT
## WITH DEFENDANT JOHN BUTLER

**PLEASE TAKE NOTICE,** Plaintiff, Malibu Media, LLC, has settled this matter with Defendant, John Butler, subscriber assigned IP address 71.229.236.179 ("Defendant"). Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executor obligations, Plaintiff will dismiss Defendant from this action with prejudice.

Dated:  December 18, 2014

        Respectfully submitted,

        By:  /s/ *Jason A. Kotzker*
        Jason A. Kotzker
        Jason@klgip.com
        KOTZKER LAW GROUP
        9609 S. University Blvd. #632134
        Highlands Ranch, CO  80163
        Phone:  720-330-8329
        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 18, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By:  /s/ *Jason A. Kotzker*  
      Jason Kotzker