**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:13-cv-02707-WYD-MEH

MALIBU MEDIA, LLC,

        Plaintiff,

  v.

JOHN BUTLER,

        Defendant.
_____/

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Malibu Media, LLC ("Plaintiff") and John Butler, ("Defendant"), by their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that all claims against each other in this matter are hereby dismissed with prejudice.

WHEREFORE, Plaintiff and Defendant respectfully request that this Court enter an order dismissing with prejudice all Plaintiff's and Defendant's claims against each other, with each party to bear its own attorneys' fees and costs.

Consistent herewith Plaintiff and Defendant consent to the Court having its case closed for administrative purposes.

                        Respectfully submitted,

| | |
|---|---|
| By:    /s/ *Jason A. Kotzker* | By:  /s/ *Richard W. Hanes* |
| Jason A. Kotzker | Richard W. Hanes |
| Jason@klgip.com | rwh@hhbcolorado.com |
| KOTZKER LAW GROUP | Hanes & Bartels, LLC |
| 9609 S. University Blvd. #632134 | 102 South Tejon Street #800 |
| Highlands Ranch, CO  80163 | Colorado Springs, CO 80903 |

| | |
|---|---|
| Phone: 720-330-8329 | Phone: 719-260-7904 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Jason A. Kotzker*_____
Jason A. Kotzker