IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.    13-cv-02707-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN BUTLER,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

THIS MATTER came before the Court upon the Parties' Stipulation to Dismiss all Plaintiff's and Defendant John Butler's claims against each other with prejudice, and the Court being fully advised in the premises does hereby:

ORDER AND ADJUDGE:

1. All Plaintiff's and Defendant John Butler's claims against each other in this matter are hereby **DISMISSED WITH PREJUDICE**.

2. Each party shall bear its own attorneys' fees and costs.

3. This case is closed for administrative purposes.

Dated:   January 20, 2015

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              WILEY Y. DANIEL,
                              SENIOR UNITED STATES DISTRICT JUDGE